WINIKER REALTY, INC. *vs.* ZONING BOARD OF APPEALS OF MILLIS. June 16, 1972. The plaintiff filed on or about April 23, 1968, with the Zoning Board of Appeals of Millis (the board) an application for a special permit to erect six multi-unit dwellings on a locus situated in residential district No. 1, with a small portion located in residential district No. 2. When it filed its application this was a permitted use in those districts under the zoning by-law. On June 24, 1968, the by-law was amended to prohibit such a use in those districts and the request for a special permit was denied on July 19, 1968. In denying the application the board did so on the ground of a possible health hazard. At the trial in the Superior Court the judge ruled that the plaintiff's request was controlled by the amended

by-law. This ruling, and the final decree sustaining the decision of the board of appeals, were correct. See *Doliner* v. *Planning Bd. of Millis*, 343 Mass. 1, 6–7.

*Decree affirmed.*

*A. T Handverger* for the plaintiff.
*John F. St. Cyr* for the defendant.